The Honorable Karen A. Overstreet
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br>MARK ALLEN McNAUGHTON and MARNA LOUISE McNAUGHTON,<br>Debtors. | Lead Case No. 12-11906-KAO<br>Member Case No. 12-12823-KAO<br>(administratively consolidated) |
| In Re:<br>THE McNAUGHTON GROUP, LLC.<br>Debtor. | |
| MICHAEL P. KLEIN, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF THE McNAUGHTON GROUP, LLC,<br>Plaintiff,<br>v.<br>BRIAN HOLTZCLAW, individually and on behalf of his marital community; JANE DOE HOLTZCLAW, individually and on behalf of her marital community; JANNETTE M. WEIMER, Personal Representative of the Estate of Richard F. Buss; KELLY ASKEW, individually and on behalf of her marital community; JOHN DOE ASKEW, individually and on behalf of his marital community; KEVIN BALLARD, individually and on behalf of his marital community; JANE DOE BALLARD, individually and on behalf of her marital community,<br>Defendants. | Adv. No. 14-01225-KAO<br><br>ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT TO QUIET TITLE, FOR DECLARATORY RELIEF AND TO AVOID AND RECOVER TRANSFERS UNDER BANKRUPTCY CODE SECTIONS 544, 548, 550 AND RCW 19.40 ET. SEQ. |

FOSTER PEPPER PLLC
ADMITS THE ALLEGATIONS.1 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

Defendant Jannette M. Weimer, in her capacity as Personal Representative of the Estate of Richard F. Buss ("Defendant"), submits this Answer and Affirmative Defenses to Complaint to Quiet Title, For Declaratory Relief and to Avoid and Recover Transfers Under Bankruptcy Code Sections 544, 547, 550 and RCW 19.40 ET SEQ., (the "Complaint") and states as follows:

## I. ANSWER

In answer to Paragraph 1.1 of the Complaint, Defendant admits the Second, Fourth, Sixth, Seventh, Tenth, Eleventh, Twelfth and Thirteenth Causes of Action are core proceedings. Defendant asserts that First, Third, Fourth, Fifth, Sixth, Seventh, Eighth and Ninth Causes of Action require consent to entry of final orders by the bankruptcy judge, and Defendant does not consent. Defendant denies every remaining allegation.

In answer to Paragraph 1.2 of the Complaint, Defendant admits the allegations.

In answer to Paragraph 1.3 of the Complaint, Defendant admits the allegations.

In answer to Paragraph 1.4 of the Complaint, Defendant admits the allegations.

In answer to Paragraph 2.1 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 2.2 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 2.3 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 2.4 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 2.5 of the Complaint, Defendant admits the allegations in the first sentence, third sentence, and fourth sentence. Defendant denies every remaining allegation. admits the allegations.

In answer to Paragraph 2.6 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

FOSTER PEPPER PLLC
ADMITS THE ALLEGATIONS.1 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

In answer to Paragraph 2.7 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 2.8 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 2.9 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.1 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.2 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.3 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.4 of the Complaint, Defendant asserts the allegations are legal conclusions to which no response is required to the extent a response is requested, Defendant denies the allegations.

In answer to Paragraph 3.5 of the Complaint, Defendant admits TMG established a profit sharing plan and Buss earned a bonus for calendar year 2006 that was to be paid on February 28, 2007. Defendant lacks sufficient information to admit or deny the remaining allegations and therefore denies them.

In answer to Paragraph 3.6 of the Complaint, Defendant admits TMG gave Buss a promissory note dated March 1, 2007. Defendant lacks sufficient information to admit or deny the remaining allegations and therefore denies them.

In answer to Paragraph 3.7 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.8 of the Complaint, Defendant contends the document speaks for itself, and denies each and every remaining allegation not consistent with document.

FOSTER PEPPER PLLC
ADMITS THE ALLEGATIONS.1 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

In answer to Paragraph 3.9 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.10 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.11 of the Complaint, Defendant contends the document speaks for itself, and denies each and every remaining allegation not consistent with document.

In answer to Paragraph 3.12 of the Complaint, Defendant contends the document speaks for itself, and denies each and every remaining allegation not consistent with document.

In answer to Paragraph 3.13 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.14 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.15 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.16 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.17 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.18 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.19 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.20 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.21 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

**FOSTER PEPPER PLLC**
**ADMITS THE ALLEGATIONS.1 THIRD AVENUE, SUITE 3400**
**SEATTLE, WASHINGTON 98101-3299**
**PHONE (206) 447-4400 FAX (206) 447-9700**

In answer to Paragraph 3.22 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.23 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.24 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.25 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.26 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.27 of the Complaint, as to the first sentence, Defendant lacks sufficient information to admit or deny the allegation and therefore denies them. As for the second sentence, Defendant contends the document speaks for itself, and denies each and every remaining allegation not consistent with document.

In answer to Paragraph 3.28 of the Complaint, Defendant admits the allegations.

In answer to Paragraph 3.29 of the Complaint, Defendant admits the allegations.

In answer to Paragraph 3.30 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.31 of the Complaint, Defendant contends the document speaks for itself, and denies each and every remaining allegation not consistent with document.

In answer to Paragraph 3.32 of the Complaint, Defendants admits TMG executed two security agreements in favor of the Employee Defendants. Defendant contends the document speaks for itself, and denies each and every remaining allegation not consistent with document.

In answer to Paragraph 3.33 of the Complaint, Defendant contends the document speaks for itself, and denies each and every remaining allegation not consistent with document.

FOSTER PEPPER PLLC
ADMITS THE ALLEGATIONS.1 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

In answer to Paragraph 3.34 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.35 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.36 of the Complaint, Defendant contends the document speaks for itself, and denies each and every remaining allegation not consistent with document.

In answer to Paragraph 3.37 of the Complaint, Defendant lacks sufficient information to admit or deny the allegation and therefore denies them.

In answer to Paragraph 3.38 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.39 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.40 of the Complaint, Defendant admits the UCC-1 financing statements were filed, but lacks sufficient information to admit or deny the remaining allegations and therefore denies them.

In answer to Paragraph 3.41 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.42 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.43 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.44 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.45 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

FOSTER PEPPER PLLC
ADMITS THE ALLEGATIONS.1 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

In answer to Paragraph 3.46 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.47 of the Complaint, Defendant admits the allegations.

In answer to Paragraph 3.48 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.49 of the Complaint, Defendant admits Buss filed a proof of claim in the TMG bankruptcy. Defendant lacks sufficient information to admit or deny the remaining allegations and therefore denies them.

In answer to Paragraph 3.50 of the Complaint, Defendant admits Buss filed a proof of claim in the TMG bankruptcy on or about July 24, 2012. Defendant denies every remaining allegation.

In answer to Paragraph 3.51 of the Complaint, Defendant contends the document speaks for itself, and denies each and every remaining allegation not consistent with document.

In answer to Paragraph 3.52 of the Complaint, Defendant contends the document speaks for itself, and denies each and every remaining allegation not consistent with document.

In answer to Paragraph 3.53 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.54 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.55 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.56 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.57 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

FOSTER PEPPER PLLC
ADMITS THE ALLEGATIONS.1 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

In answer to Paragraph 3.58 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.59 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.60 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.61 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 3.62 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 4.1 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 4.2 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 4.3 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 4.4 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 4.5 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 4.6 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 4.7 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 4.8 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 4.9 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 5.1 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 5.2 of the Complaint, Defendant denies the allegations.

FOSTER PEPPER PLLC
ADMITS THE ALLEGATIONS.1 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

In answer to Paragraph 5.3 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 5.4 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 5.5 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 6.1 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 6.2 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 6.3 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 6.4 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 6.5 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 6.6 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 6.7 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 6.8 of the Complaint, Defendant lacks sufficient information to admit or deny the allegation and therefore denies them.

In answer to Paragraph 7.1 of the Complaint, Defendant contends the statement does not require answer.

In answer to Paragraph 7.2 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 7.3 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 7.4 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 8.1 of the Complaint, Defendant contends the statement does not require answer.

FOSTER PEPPER PLLC
ADMITS THE ALLEGATIONS.1 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

In answer to Paragraph 8.2 of the Complaint, Defendant contends the statement does not require answer.

In answer to Paragraph 8.3 of the Complaint, Defendant contends the statement does not require answer.

In answer to Paragraph 8.4 of the Complaint, Defendant admits the allegations.

In answer to Paragraph 8.5 of the Complaint, Defendant contends the document speaks for itself, and denies each and every remaining allegation not consistent with document.

In answer to Paragraph 8.6 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

In answer to Paragraph 8.7 of the Complaint, Defendant asserts the allegations are legal conclusions to which no response is required.

In answer to Paragraph 8.8 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 8.9 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 8.10 of the Complaint, Defendant asserts the allegations are legal conclusions to which no response is required. To the extent a response is required, Defendant contends the statement does not require an answer.

In answer to Paragraph 8.11 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 8.12 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 9.1 of the Complaint, Defendant contends the statement does not require answer.

In answer to Paragraph 9.2 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 9.3 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 9.4 of the Complaint, Defendant denies the allegations.

In answer to Paragraph 9.5 of the Complaint, Defendant denies the allegations.

In answer to Paragraphs 10.1 through 10.6 of the Complaint, Defendant denies the Plaintiff is entitled to any relief.

FOSTER PEPPER PLLC
ADMITS THE ALLEGATIONS.1 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

## II. AFFIRMATIVE DEFENSES

1. The Trustee is barred from any affirmative recovery of any Transfers from Defendant because the Trustee did not timely file a claim in the Buss estate probate proceedings.

2. The Trustee has failed to state a claim for one or more of the causes of action asserted against Defendant.

3. The transfers were taken for value, in good faith, and without knowledge of the voidability of the transfers.

4. If any transfers are deemed avoidable, Buss was a good-faith transferee and Defendant is entitled, to the extent of the value given to TMG for each transfer, to: (a) a lien on or a right in any interest incurred, (b) enforcement of all obligations incurred, or (c) a reduction in the amount of liability on the judgment.

## III. PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully prays for the following relief:

1. Entry of a judgment denying all relief requested by Trustee and dismissing with prejudice all claims that were raised or could have been raised by the Trustee in this adversary proceeding;

2. An award of attorneys' fees and costs incurred by Defendant to the fullest extent allowed by contract, law and equity;

3. For permission to amend its pleadings to conform to the evidence at trial; and

//

//

//

//

//

//

//

FOSTER PEPPER PLLC
ADMITS THE ALLEGATIONS.1 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

4. Such further relief as the Court may deem just and proper.

DATED this 20th day of June 2014.

FOSTER PEPPER PLLC

*/s/ Christopher M. Alston*

Christopher M. Alston, WSBA #18223
1111 Third Avenue, Suite 3400
Seattle, WA 98101
T: 206-447-4400
F: 206-749-1904
Email: alstc@foster.com
*Attorneys for Jannette M. Weimer in her capacity as Personal Representative of the Estate of Richard F. Buss (Defendant)*

ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES – 12

FOSTER PEPPER PLLC
ADMITS THE ALLEGATIONS.1 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51376178.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 20, 2014, I caused to be served upon parties in this action, at the addresses and in the manners noted below, true and accurate copies of:

1. Answer and Affirmative Defenses to Complaint to Quiet Title, for Declaratory Relief and to Avoid and Recover Transfers Under Bankruptcy Code Sections 544, 548, 550 and RCW 19.40 ET. SEQ.; and

2. this Certificate of Service.

***VIA ECF***
Manish Borde
WILLIAMS KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
T: 206-628-6600
Email: mborde@illiamskastner.com
*Attorneys for Plaintiff*

***VIA EMAIL***
Jerry N. Stehlik
BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, WA 98121
T: 206-587-0144
Email: jstehlik@bsss-law.com
*Attorney for Defendants Holtzclaw, Askew and Ballard*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on June 20, 2014, at Seattle, Washington.

*/s/ Lisa Cachopo*
Lisa Cachopo

FOSTER PEPPER PLLC
ADMITS THE ALLEGATIONS.1 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700