| | |
|---|---|
| Scott B. Henrie, WSBA #12673<br>Manish Borde, WSBA #39503<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Fax: (206) 628-6611<br>Attorneys for Michael P. Klein,<br>Chapter 7 Trustee | The Honorable Karen A. Overstreet<br>Chapter 7 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>MARK ALLEN McNAUGHTON and<br>MARNA LOUISE McNAUGHTON,<br><br>    Debtors. | Lead Case No. 12-11906 KAO<br>Member Case No. 12-12823 KAO<br>(administratively consolidated) |
| IN RE:<br><br>THE McNAUGHTON GROUP, LLC,<br><br>    Debtor. | |
| MICHAEL P. KLEIN, CHAPTER 7 TRUSTEE<br>FOR THE BANKRUPTCY ESTATE OF THE<br>McNAUGHTON GROUP, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN HOLTZCLAW, individually and on<br>behalf of his marital community; JANE DOE<br>HOLTZCLAW, individually and on behalf of<br>her marital community; JANNETTE M.<br>WEIMER, Personal Representative of the Estate<br>of Richard F. Buss; KELLY ASKEW,<br>individually and on behalf of her marital<br>community; JOHN DOE ASKEW, individually<br>and on behalf of his marital community; KEVIN | Adv. No. 14-01225 KAO<br><br>TRUSTEE'S NOTICE REGARDING<br>FINAL ADJUDICATION AND CONSENT |

TRUSTEE'S NOTICE REGARDING FINAL ADJUDICATION AND
CONSENT - 1

4976365.1

| | |
|---|---|
| 1 | BALLARD, individually and on behalf of his marital community; JANE DOE BALLARD, individually and on behalf of her marital community, |
| 2 | |
| 3 | |
| 4 | Defendants. |

Pursuant to Local Bankruptcy Rule 7012-1(a), Plaintiff Trustee submits this Notice Regarding Final Adjudication and Consent and hereby states the following:

1) This adversary proceeding is a core proceeding under 28 U.S.C. § 157;

2) This Court has jurisdiction to hear Plaintiff's Complaint; and

3) The Trustee consents to entry of final orders or judgment by the bankruptcy judge.

DATED this 30th day of June, 2014.

> s/ Manish Borde, WSBA #39503
> Scott B. Henrie, WSBA #12673
> Manish Borde, WSBA #39503
> Attorneys for Michael P. Klein,
> Chapter 7 Trustee
> WILLIAMS, KASTNER & GIBBS PLLC
> 601 Union Street, Suite 4100
> Seattle, WA 98101-2380
> Telephone: (206) 628-6600
> Fax: (206) 628-6611
> E-mail: shenrie@williamskastner.com
> mborde@williamskastner.com

TRUSTEE'S NOTICE REGARDING FINAL ADJUDICATION AND CONSENT - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4976365.1

Case 14-01225-KAO    Doc 8    Filed 06/30/14    Ent. 06/30/14 15:38:59    Pg. 2 of 3

## PROOF OF SERVICE

The undersigned hereby certifies that on June 30, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 30th day of June, 2014.

s/ Manish Borde, WSBA #39503
Scott B. Henrie, WSBA #12673
Manish Borde, WSBA #39503
Attorneys for Michael P. Klein,
Chapter 7 Trustee
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
shenrie@williamskastner.com
mborde@williamskastner.com

TRUSTEE'S NOTICE REGARDING FINAL ADJUDICATION AND CONSENT - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4976365.1

Case 14-01225-KAO    Doc 8    Filed 06/30/14    Ent. 06/30/14 15:38:59    Pg. 3 of 3